JS-6

Lonnie D. Giamela (SBN 228435)
E-Mail: lgiamela@fisherphillips.com
Antoine M. Pitts (SBN 285647)
E-Mail: apitts@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street
Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
INDEPENDENT LIVING SYSTEMS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELIN PETROSIANS<br><br>Plaintiff,<br><br>vs.<br><br>INDEPENDENT LIVING SYSTEMS, LLC & DOES 1-20<br><br>Defendants. | CASE NO.: 2:25−cv−06269−PVC<br><br>**ORDER ON JOINT STIPULATION TO DISMISS THE ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE** |

1

FP 62354866.1

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  March 23, 2026

HON. PEDRO V. CASTILLO
United States Magistrate Judge

2

ORDER ON JOINT STIPULATION TO DISMISS THE ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE

FP 62354866.1